IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LA'MONT WALKER,

          Plaintiff,

  v.                                                ORDER

BURTON COX,                               15-cv-686-jdp

          Defendant.

---

The parties have informed the court that they have reached a settlement. Accordingly, the case is dismissed. Any party may move to reopen the case for good cause.

Entered February 25, 2021.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge